NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WESTRA CONSTRUCTION )
CORPORATION, a Florida corporation; )
TRAVELERS CASUALTY AND )
SURETY COMPANY OF AMERICA, )
a Connecticut company, )
  )
  Appellants/Cross-Appellees, )
  )
v. )   Case No. 2D17-1822
  )
GATOR BORING & TRENCHING, INC., )
and TAMPA ELECTRIC COMPANY, )
  )
  Appellees/Cross-Appellants. )
_____ )

Opinion filed March 13, 2019.

Appeal from the Circuit Court for Sarasota
County; Diana L. Moreland and Peter A.
Dubensky, Judges.

George E. Spofford, IV, Jack R. Reiter, and
William F. McFetridge, IV, of Gray
Robinson, P.A., Miami, for
Appellants/Cross Appellees.

Charles P. Young, Cecily M. Parker, and
Robert A. Emmanuel of Emmanuel,
Sheppard, & Condon, Pensacola, for
Appellee/Cross Appellant Gator Boring &
Trenching, Inc.

No appearance for Tampa Electric
Company.

PER CURIAM.

Affirmed.

KHOUZAM, MORRIS, and BLACK, JJ., Concur.